*W. A. Dampier,* for plaintiff in error.

---

### 8765.  PLUMMER *v.* CITY OF DUBLIN.

GEORGE, J.  This case is in principle controlled by the decision in *Neal* v. *Dublin,* ante, 263.

> Judgment reversed. Wade, C. J., and Luke, J., concur.
> DECIDED JUNE 15, 1917.

Petition for certiorari; from Laurens superior court—Judge Kent.  February 14, 1917.

*W. A. Dampier,* for plaintiff in error.